**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| APRIL A. ALOTTO,<br><br>         Plaintiff,<br><br>     v.<br><br>ECSM UTILITY CONTRACTORS, INC. AND EDWARD OPIO, individually, t/a, d/b/a and as the alter ego of ECSM UTILITY CONTRACTORS, INC.<br><br>         Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-1144 (JEI/AMD)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTION FOR SUMMARY JUDGMENT** |

**APPEARANCES:**

COSTELLO & MAINS, P.C.
By: Deborah L. Mains, Esq.
    Jeanne Ketcha Chestnut, Esq.
18000 Horizon Way
Mount Laurel, NJ 08054
        Counsel for Plaintiff

SILLS CUMMIS & GROSS P.C.
By: Trent S. Dickey, Esq.
One Riverfront Plaza
P.O. Box 539
Newark, NJ 07102
        Counsel for Defendants

MCNEES WALLACE & NURICK LLC
By: Schaun D. Henry
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
        Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon

Defendants' Motion for Summary Judgment (Dkt. No. 23), the Court

having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

   **IT IS** on this 15th day of December, 2010,

   **ORDERED THAT:**

   (1) Defendants' Motion for Summary Judgment is hereby **GRANTED**.

   (2)  The Clerk of Court is hereby directed to **CLOSE THIS FILE.**

                                        _____Joseph E. Irenas_____
                                        **JOSEPH E. IRENAS, S.U.S.D.J.**